UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2003 DEC 18 P 1:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

```
* * * * * * * * * * * * * * * * * * * * * * *
FRANK SACO                                  *     C.A. NO.:
    Plaintiff                               *
                                            *
                                            *
v.                                          *     COMPLAINT
                                            *
TUCANA TUG and                              *
TUCANA TUG CORPORATION                      *     03  12551  NG
    Defendants                              *
* * * * * * * * * * * * * * * * * * * * * * *
```

### SEAMAN'S AFFIDAVIT

I, DAVID B. KAPLAN, Attorney for the plaintiff in the above-entitled action, on oath depose and state as follows:

The plaintiff in the above-entitled action is a seaman and claims the benefits of the United States Code Annotated, Title 28, Section 1916, which states that:

> In all courts of the United States, seaman may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor.

Respectfully submitted,

*/s/ David B. Kaplan*
DAVID B. KAPLAN, #258540
The Kaplan/Bond Group
Boston Fish Pier
West Building - Suite 304
Boston, MA 02210
(617) 261-0081