AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

FILED
IN CLERK'S OFFICE

DISTRICT OF MASSACHUSETTS

2004 JAN -5 P 12: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

## SUMMONS IN A CIVIL ACTION

FRANK SACO

V.

TUCANA TUG CORPORATION

CASE NUMBER:

**03  12551 NG**

TO: (Name and Address of Defendant)

Tucana Tug Corporation
24 Putnam Street
Beverly, MA 01915

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

DAVID B. KAPLAN, ESQUIRE
KAPLAN BOND GROUP
BOSTON FISH PIER, WEST BUILDING II
SUITE 304
BOSTON, MA 02110
(617) 261-0080

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

12.19.03

DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/23/03 |
| NAME OF SERVER (PRINT) William H. Dewsnap II | TITLE Process Server + Disinterested Person |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Conti Coluntino, owner, Lucana Tug Corporation, 24 Putnam St., Beverly, MA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $25.00 | TOTAL $25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/23/03
*Date*

Signature of Server: William H. Dewsnap II

Address of Server: 92 State St. Boston, MA 02109

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.