UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
04 FEB -5 P 12: 29

DISTRICT COURT
DISTRICT OF MASS.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FRANK SACO
    Plaintiff

v.

TUG TUCANA and
TUG TUCANA CORPORATION
    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

C.A. NO.: 03-12551-NG

## PLAINTIFF'S REQUEST FOR DEFAULT PURSUANT TO RULE 55(a)

I, David B. Kaplan, Attorney of record for the plaintiff, Frank Saco, states that the complaint in this action was filed on December 18, 2003 and the summons and a copy of the complaint was served upon the defendant on December 23, 2003, as appears from the Proof of Service of Process and that the defendant herein has failed to serve a responsive pleading or to otherwise defend as provided by the Rule.

Therefore, I request that default be entered against the defendant in this action.

Signed under the penalties of perjury.

                Respectfully submitted,
                by his attorney,

                *David B Kaplan*
                David B. Kaplan – B.B.O. #258540
                THE KAPLAN/BOND GROUP
                Boston Fish Pier
                West Building, Suite 304
                Boston, MA 02210
                (617) 261-0080

Dated: February 4, 2004