UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
03-12551-NG

FRANK SACO
    Plaintiff,

VS.

TUG TUCANA and
TUG TUCANA CORPORATION
    Defendants.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorney for defendant, **TUG TUCANA CORPORATION**, in the above entitled action.

By its attorneys,

*/s/ Cristen Cozart Lebel*
Thomas J. Muzyka
BBO NO: 365540
Cristen Cozart Lebel
BBO NO. 647204
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by: hand, mail, overnight mail, facsimile, on 2-4-04

*/s/ Cristen Cozart Lebel*