UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
| | |
|---|---|
| FRANK SACO              * | C.A. NO.:    03-12551-NG |
|    Plaintiff         * | |
|                 * | |
| v.                      * | |
|                 * | |
| TUG TUCANA and          * | |
| TUG TUCANA CORPORATION  * | |
|    Defendants         * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S AUTOMATIC DISCLOSURE PURSUANT TO FED R.CIV.P. 26(a)(1) and LOCAL RULE 26.2

Now comes the plaintiff Frank Saco, by his attorney, and submits his Automatic Disclosure.

A.  The following parties are likely to have discoverable information that the disclosing party may use to support its claims.

    Frank Saco, 12 Summer St., Apt. A, Manchester, MA 01944
    Captain Michael D. Duarte, 22 Powderhorn Way, Sandwich, MA
    Crew of Tug TUCANA
    Dr. Robert M. Woods, Sports Medicine North Orthopedic Surgery, Inc., 471 Broadway, Lynnfield, MA

    Plaintiff reserves the right to include all witnesses named by the defendant.

B.  The following documents attached are copies of documents presently in our file that the disclosing party may use to support its claim.

    Medical records of Dr. Robert M. Woods
    Medical records of Sports Medicine North Orthopedic Surgery
    Medical records of Beverly Hospital

    Plaintiff reserves the right to offer any of the documents submitted by the defendant.

**C.   COMPUTATION OF DAMAGES**

Plaintiff is still undergoing extensive medical treatment. Damages will be determined at a later date.

**D.   INSURANCE POLICIES**

Not applicable.

Plaintiff agrees to produce all non-privileged information at set forth upon request.

Respectfully submitted
by his attorney,

*David B Kaplan*
DAVID B. KAPLAN #258540
The Kaplan/Bond Group
Boston Fish Pier
West Building - Suite 304
Boston, MA 02210
(617) 261-0080

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on  3-11-04

*David B Kaplan*