UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12551-NG

```
* * * * * * * * * * * * * * * * * * * * * * *
FRANK SACO                              *
    Plaintiff                           *
                                        *
v.                                      *
                                        *
TUG TUCANA and TUG TUCANA               *
CORPORATION                             *
    Defendants                          *
                                        *
* * * * * * * * * * * * * * * * * * * * * * *
```

### Local Rule 16.1 (D)(3) Certification

This will certify that the Plaintiff, Frank Saco, and his attorney have conferred about establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation, and to consider the resolution of the litigation through the use of Alternative Dispute Resolution Programs.

FRANK SACO
By his attorney,

_David B Kaplan_
DAVID B. KAPLAN, #258540
The Kaplan/Bond Group
Boston Fish Pier
West Building, Suite 304
Boston, MA  02210
(617) 261-0080

Dated:  April 2, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 4-5-04

_David B Kaplan_