UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FRANK SACO**                              **CIVIL ACTION**
    **Plaintiff,**                        **NO: 03-12551-NG**

**vs.**

**TUG TUCANA and**
**TUG TUCANA CORPORATION**
    **Defendants.**

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

**TUG TUCANA CORPORATION**          **CLINTON & MUZYKA, P.C.**

"/s/ Robert E. Wheeler"                "/s/ Thomas J. Muzyka"
Robert E. Wheeler                     Thomas J. Muzyka
International Marine Underwriters    BBO NO. 365540
One Beacon Street                  One Washington Mall
Boston, MA  02108                  Suite 1400
                                              Boston, MA 02108
                                              (617)723-9165

Dated: 19 May 2004