UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK SACO                           CIVIL ACTION
    Plaintiff,                   NO: 03-12551-NG

vs.

TUG TUCANA and
TUG TUCANA CORPORATION
    Defendants.

## ORDER

    I hereby order the Executive Office of Public Safety Criminal History Records Systems Board for the Commonwealth of Massachusetts to provide Criminal Offender Record Information (CORI) to the defendant's counsel on Frank L. Saco, 7 Adeline Road, Beverly Farms, Massachusetts or 12A Summer Street, Manchester-by-the-Sea, MA.  Date of Birth: June 17, 1940, Social Security No: 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.

    By order of the Honorable Judge,

_Nancy Gertner (JF)_
Nancy Gertner

Dated: 8/3/04

5