UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
FRANK SACO,                                      *    C.A. NO.: 03-12551NG
                                                 *
                                                 *
            Plaintiff,                           *
                                                 *
                                                 *
v.                                               *
                                                 *
TUG TUCANA and                                   *
TUG TUCANA CORPORATION                           *
and CONSTELLATION TUG                            *
CORPORATION,                                     *
                                                 *
            Defendants.                          *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## MOTION TO AMEND COMPLAINT

The plaintiff, Frank Saco, requests this court for leave to file an amended complaint in this case.

In support of this motion, the plaintiff states as follows:

1. On December 18, 2003, the plaintiff filed a complaint in this case.

2. On February 4, 2004, the defendant filed an answer in this case.

3. A copy of the proposed amended complaint is attached to this motion.

4. The defendant has assented to the amendment of this complaint.

Respectfully submitted,
by his attorney,

*/s/ David B. Kaplan*

DAVID B. KAPLAN, ESQ.
BBO#: 258540
THE KAPLAN/BOND GROUP
88 BLACK FALCON AVENUE, SUITE 301
BOSTON, MA 02210
(617) 261-0080