UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| FRANK SACO | * | C.A. NO.:   03-12551NG |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **AMENDED COMPLAINT** |
| | * | |
| TUCANA TUG and | * | |
| TUCANA TUG CORPORATION and | * | |
| CONSTELLATION TUG CORPORATION | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SEAMAN'S AFFIDAVIT

I, DAVID B. KAPLAN, Attorney for the plaintiff in the above-entitled action, on oath depose and state as follows:

The plaintiff in the above-entitled action is a seaman and claims the benefits of the United States Code Annotated, Title 28, Section 1916, which states that:

> In all courts of the United States,
> seaman may institute and prosecute
> suits and appeals in their own names
> and for their own benefit for wages
> or salvage or the enforcement of laws
> enacted for their health or safety
> without prepaying fees or costs or
> furnishing security therefor.

Respectfully submitted,

*David B. Kaplan*

DAVID B. KAPLAN, #258540
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA  02210
(617) 261-0081