# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FRANK SACO,

    Plaintiff,

    v.

TUG TUCANA, ET AL,

    Defendants.

CA. NO. 03-12551-NG

## *NOTICE*

December 28, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **2:00 p.m., Wednesday, January 12, 2005,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**