UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
FRANK SACO,                           *        C.A. NO.:  03-12551NG
                                      *
        Plaintiff,                    *
                                      *
v.                                    *
                                      *
TUG TUCANA and                        *
TUG TUCANA CORPORATION                *
and CONSTELLATION TUG                 *
CORPORATION,                          *
                                      *
        Defendants.                   *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

This is to notify the Court and all parties to the above action that The Kaplan/Bond Group has relocated its office to:

**The Kaplan/Bond Group
88 Black Falcon Avenue, Suite 301
Boston, MA 02210**

The Firm's telephone and facsimile numbers will remain the same.

    Respectfully submitted,
    By his attorneys,

    /s/ David B. Kaplan
    DAVID B. KAPLAN, ESQUIRE
    BBO NO.:  258540
    THE KAPLAN/BOND GROUP
    88 Black Falcon Avenue, Suite 301
    Boston, MA  02210
    (617) 261-0080
    (617) 261-1558 Fax

Dated: March 7, 2005