UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
FRANK SACO,                              *       C.A. NO.:  03-12551-MBB
                                         *
                                         *
            Plaintiff,                   *
                                         *
v.                                       *
                                         *
TUG TUCANA and                           *
TUG TUCANA CORPORATION                   *
and CONSTELLATION TUG                    *
CORPORATION,                             *
                                         *
            Defendants.                  *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## CERTIFICATE OF COMPLIANCE
### (LOCAL RULE 7.1)

I, David B. Kaplan, counsel for the plaintiff, Frank Saco, in the above entitled matter, state that counsel have conferred with regard to the subject matter of the within Motion, in compliance with Fed. R. Civ. P., Local Rule 7.1(A)(2) in a good faith attempt to resolve or narrow the issues presented herein.

Respectfully submitted,

/s/ David B. Kaplan
DAVID B. KAPLAN, ESQUIRE
BBO NO.:  258540
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA  02210
(617) 261-0080
(617) 261-1558 Fax

Dated: March 15, 2005