UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12551-MBB

**FRANK SACO,**
        **Plaintiff,**

VS.

**TUG TUCANA and**
**TUG TUCANA CORPORATION,**
        **Defendants.**

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

    Now comes the defendant, Tug Tucana Corporation, by and through its undersigned counsel, and hereby certifies that pursuant to Local Rule 7.1, we conferred with plaintiff's counsel regarding defendant's Motion for Order to Reopen the plaintiff's Deposition and attempted to resolve any related issues.

        By its attorneys,

        "/s/ Terence G. Kenneally"

        **Thomas J. Muzyka**
        **BBO NO: 365540**
        **Terence G. Kenneally**
        **BBO NO. 642124**
        One Washington Mall
        Suite 1400
        Boston, MA 02108
        (617) 723-9165

Dated: March 18, 2005