UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
| | |
|---|---|
| FRANK SACO, * | C.A. NO.: 03-12551-MBB |
| * | |
| Plaintiff, * | |
| * | |
| v. * | |
| * | |
| TUG TUCANA and * | |
| TUG TUCANA CORPORATION * | |
| * | |
| Defendants. * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S EXPERT DISCLOSURE**

The plaintiff submits this expert witness disclosure pursuant to Fed.R.Civ.P 26(a)(2) and the court's order, dated March 31, 2005, and hereby designates his expert witness as follows:

  Mr. Joseph Lombardi
  Marine Surveyor & Consultant
  Ocean Technical Services
  P.O. Box 1576
  10 Washington Street
  Manchester, MA 01944
  Office: (978) 526-1894

With respect to Mr. Lombardi's proposed expert testimony, please find as follows: (1) Mr. Lombardi's signed report, dated May 25, 2005; (2) Mr. Lombardi's Curriculum Vitae, which includes his qualifications; (3) a list of Mr. Lombardi's deposition and trial expert testimony; and Mr. Lombardi's fee schedule attached as *PDF File 1*.

Mr. Lombardi is expected to testify concerning the cause of the Plaintiff's injuries, the unseaworthy conditions that existed aboard the Tug TUCANA on the date of injury, and the defendants' negligence.

The Plaintiff reserves the right to supplement or amend its expert designation.

| | |
|---|---|
| I hereby certify that a true copy of the above document was electronically served upon each attorney of record on June 15th 2005.<br><br>_____ | Respectfully submitted,<br>By his attorneys,<br><br>/s/ David B. Kaplan<br>DAVID B. KAPLAN, ESQUIRE<br>BBO NO. 258540<br>THE KAPLAN/BOND GROUP<br>88 Black Falcon Avenue, Suite 301<br>Boston, MA  02210<br>(617) 261-0080<br>(617) 261-1558 Fax |

Dated: June 15, 2005