UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK SACO,        )<br>   Plaintiff,        )<br>                            )<br>                             )<br>   v.        )<br>                             )<br>                             )<br>TUG TUCANA CORPORATION,  )<br>   Defendant.        ) | CIVIL ACTION NO.<br>03-12551-MBB |

**PLAINTIFF, FRANK SACO'S REQUEST FOR VOIR DIRE OF PROSPECTIVE JURORS**

Now comes the plaintiff in the above captioned matter and respectfully requests this Honorable Court to inquire of prospective jurors on voir dire the following question:

1. Are any jurors, their family members or friends associated with the commercial marine industry with respect to fishing, tugboats or tanker vessels?

Respectfully Submitted,
PLAINTIFF,
By his attorneys,

/s/David B. Kaplan__
DAVID B. KAPLAN
BBO No. 258540
BRIAN KEANE
BBO No. 656717
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080