UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12551-MBB

**FRANK SACO,**
   **Plaintiff,**

VS.

**TUG TUCANA CORPORATION,**
   **Defendant.**

## DEFENDANT, TUG TUCANA CORPORATION'S, NOTICE OF AMENDED WITNESS LIST

Now comes the defendant, TUG TUCANA CORPORATION, in the above captioned action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and submits its Amended Trial Witness List to this Honorable Court.  The defendant intends to call the following witnesses:

1. Captain Michael Duarte
   22 Powderhorn Way
   Sandwich, MA 02563

2. Gloria Harrison, RN
   25 Winslow Road
   Beverly, MA  01905

3. David C. DuBois – Expert
   President
   Marine Safety Consultants, Inc.
   26 Water Street
   Fairhaven, MA.  02719-0615

2

4. Sally Rudicel, M.D. - Expert
   750 Washington Street
   Boston, MA 0211

5. Conti Coluntino
   President of Tucana Tug Corporation
   24 Putnam Street
   Beverly, MA 01915

By its attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/Thomas    J.    Muzyka"
**Thomas J. Muzyka**
**BBO NO. 365540**
**Terence G. Kenneally**
**BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165