UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **FRANK SACO,** | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. |
| | ) | 03-12551-MBB |
| | ) | |
| **TUG TUCANA CORPORATION,** | ) | |
|     Defendant. | ) | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as attorney for the plaintiff, FRANK SACO, in the above-entitled action.


Respectfully Submitted,
PLAINTIFF,
By his attorneys,

/s/Brian Keane__
DAVID B. KAPLAN
BBO No. 258540
BRIAN KEANE
BBO No. 656717
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue**,** Suite 301
Boston, MA 02210
(617) 261-0080

Date:  January 22, 2005