**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **FRANK SACO,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **03-12551-MBB** |
| | ) | |
| **TUG TUCANA CORPORATION,** | ) | |
| **Defendant.** | ) | |

**PROPOSED JURY VERDICT FORM**

Please answer the following questions:

1.  Do you find that the defendant was negligent and that said negligence was a cause in whole or in part of plaintiff's injury?

    Yes [ ] No [ ]

2.  Do you find that defendant's vessel was unseaworthy and if so was it a substantial factor in the happening of plaintiff's injury?

    Yes [ ] No [ ]

3.  If you have answered yes to either number 1 or number 2, you should compute the damages suffered by the plaintiff. _____.

4.  Do you find that the defendant has proven by a preponderance of evidence that the plaintiff's negligence contributed to causing his injuries?

    Yes [ ] No [ ]

5.  Only if you find that plaintiff's negligence contributed to his injuries, then you should determine the percentage that plaintiff's conduct contributed to his injury and deduct that amount represented by that percentage from your answer to number 3. _____.


6.  Do you find that the plaintiff is entitled to prejudgment interest?

    Yes [ ] No [ ]


7.  If so, what percentage? (Not to exceed 12%) _____.


(Please date and sign the verdict form and return to the courtroom.)

Boston Massachusetts, this _____ day of January 2006.


_____
FOREPERSON