UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANK SACO,
    Plaintiff,

    v.                      CIVIL ACTION NO.
                            03-12551-MBB

TUG TUCANA CORPORATION,
    Defendant.

## DEFENDANT'S SUPPLEMNTAL INSTRUCTION TO THE JURY

### NEGLIGENCE

A shipowner in a Jones Act case has a duty to warn his employees "in an effective way of dangers not reasonably known." In other words, shipowners need not warn seamen of dangers that are "open and obvious."

*Patterson v. Allseas USA, Inc*.
137 Fed.Appx. 633, 2005 A.M.C. 1811

                          By its attorneys,

                          **CLINTON & MUZYKA, P.C.**

                          "/s/Thomas J. Muzyka"
                          **Thomas J. Muzyka**
                          **BBO NO. 365540**
                          **Terence G. Kenneally**
                          **BBO NO. 642124**
                          One Washington Mall
                          Suite 1400
                          Boston, MA 02108
                          (617) 723-9165

Dated: January 27, 2006