❊AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____MASSACHUSETTS_____

FRANK SACO

V.

TUG TUCANA CORP.

**EXHIBIT AND WITNESS LIST**

Case Number: 03-12551-MBB

| PRESIDING JUDGE<br>U.S.M.J. Marianne B. Bowler | | | PLAINTIFF'S ATTORNEY<br>Kaplan / Keene | | DEFENDANT'S ATTORNEY<br>Muzyka / Kenneally |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>1/23/06 - 1/27/06 | | | COURT REPORTER<br>Debra Joyce | | COURTROOM DEPUTY<br>Marc Duffy |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 1/24/06 | | | Witness: Capt. Michael F. Duarte called by the Plaintiff |
| | A | | x | x | Photo of "H bit" from aft (board)* |
| | B | | x | x | Photo of starboard side (board)* |
| | C | | x | x | Photo of aft deck from starboard side (board)* |
| | D | | x | x | Photo of upper deck and pilot house from aft (board)* |
| | E | | x | x | Hand drawing of vessel with pilot house from top (board)* |
| | F | | x | x | Typed letter by Duarte to office dated 4/14/2003 (1 pg) |
| | | | | | Witness: John Herrick called by the Plaintiff |
| | | | | | Witness: Frank Saco called by the Plaintiff |
| | | 1/25/06 | | | Witness: Dr. Christopher Chiodo called by the Plaintiff |
| | | | | | Witness: Frank Saco recalled by the Plaintiff (cont.'d testimony) |
| 1 | | | x | x | Medical records: Beverly Hospital, Dr. Wood (numerous pages) |
| 2 | | | x | x | Medical records: Beverly Sports Medicine & Rehab Center (17 pgs) |
| 3 | | | x | x | Medical records: Brigham & Woman's, Dr. Chiodo (21 pgs) |
| | G | | x | x | Hand drawing of vessel parts (board)* |
| | H | | x | x | Medical records: Beverly Sports Medicine & Rehab Center ( 2 pgs) |
| | I | | x | x | Medical records: Beverly Sports Medicine & Rehab Center ( 2 pgs) |
| | | 1/26/06 | | | Witness: Deposition of Joseph Lombardi read into record by Plaintiff |
| 4 | | | x | x | Medical report: Dr. Sally Rudicel dated 1/25/05 (1 pg) |
| 5 | | | x | x | Medical report: Dr. Sally Rudicel dated 10/26/05 (1 pg) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__   Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| Frank Saco | vs. | Tug Tucana Corp. | CASE NO. 03-12551-MBB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/26/06 | | | Witness: David DuBois called by the Defendant |
| | | | | | Witness: Deposition of Gloria Harrison read into record by Defendant |
| | J | | x | x | Medical record: Beverly Hospital, note of nurse Harrison (2 pgs) |

AO 187A (Rev. 7/87)   EXHIBIT AND WITNESS LIST – CONTINUATION

Page __2__ of __2__ Pages