

#4541    Posted 20051202    $962.00



#4546    Posted 20051212    $511.45



#4549    Posted 20051215    $30.89



#4551    Posted 20051214    $491.40



#4519    Posted 20051024    $28.14