Home Health Care
Certified Nurse's Aide  License # 0145446091 Expiration 7/13/06

March 3, 2006  Transportation to and from Brigham and Woman's Hospital for Day Surgery     8 Hours

March 3, 2006  Lunch and Dinner Preparation     3 Hours

March 4, 2006  Breakfast, Lunch and Dinner Preparation
     4 Hours

March 5, 2006  Breakfast, Lunch and Dinner Preparation, Food Shopping     6 Hours

March 6, 2006  Breakfast, Lunch and Dinner Preparation, Clean Kitchen and Bathroom     7 Hours

March 7, 2006  Breakfast, Lunch and Dinner Preparation, Clean Living Room, Change Bed Linens
     6 Hours

March 8, 2006  Breakfast, Lunch and Dinner Preparation, Laundry
     6.5 Hours

March 9, 2006  Breakfast, Lunch and Dinner Preparation
     4 Hours

March 10, 2006  Breakfast, Lunch and Dinner Preparation
     4 Hours

March 11, 2006  Breakfast, Lunch and Dinner Preparation
     4 Hours

March 12, 2006   Breakfast, Lunch and Dinner Preparation, Food Shopping.

          6 Hours

| | |
|---|---|
| Total Hours | 58.5 Hours |
| Cost Per Hour | $20.00 |
| Total Amount Due | $1,170.00 |

# HOME HEALTH CARE

CERTIFIED NURSE'S AIDE   LICENSE # 0145446091   EXPIRATION 7/13/06

| Date | Services | Hours |
|---|---|---|
| March 13, 22006 | Lunch and Dinner Preparation, Food Shopping | 6 Hours |
| March 14, 2006 | Lunch and Dinner Preparation, Clean Bathroom and Kitchen | 6 Hours |
| March 15, 2006 | Lunch and Dinner Preparation, Clean Living Room and Change Sheets | 6 Hours |
| March 16, 2006 | Lunch and Dinner Preparation, Laundry | 6 Hours |
| March 17, 2006 | Lunch and Dinner Preparation, Drug Store and Post Office | 5 Hours |
| March 18, 2006 | Lunch and Dinner Preparation, Trash Removal | 4 Hours |
| March 19, 2006 | Lunch and Dinner Preparation | 3 Hours |
| March 20, 2006 | Lunch and Dinner Preparation, Food Shopping | 6 Hours |
| March 21, 2006 | Lunch and Dinner Preparation, Appointment at Brigham and William's, Boston | 7 Hours |
| March 22, 2006 | Lunch and Dinner Preparation , Laundry | 6 Hours |
| Total Hours | | 55 Hours |
| Cost Per Hour | | $20.00 |
| Total Amount Due | | $1100.00 |

Home Health Care
Certified Nurse's Aide  License # 0145446091  Expiration 7/13/06

March 23, 2006  Lunch and Dinner Preparation, Clean Bathroom
         And Kitchen                6 Hours

March 24, 2006  Lunch and Dinner Preparation, Food shopping
                                    5 Hours

March 25, 2006  Lunch and Dinner Preparation, Clean Living
         Room and Bedroom           5 ½ Hours

March 26, 2006  Lunch and Dinner Preparation, Trash, Drugstore,
         And Post Office            4 ½ Hours

March 27, 2006  Lunch and Dinner Preparation, Change Sheets
                                    4 Hours

March 28, 2006  Lunch and Dinner Preparation, Laundry
                                    5 Hours

March 29, 2006  Lunch and Dinner Preparation    3 Hours

March 30, 2006  Lunch and Dinner Preparation    3 Hours

March 31, 2006  Lunch and Dinner Preparation,  Clean Bathroom
         And Kitchen                6 Hours

April 1, 2006  Lunch and Dinner Preparation, Food Shopping,
                                    5 Hours

Total Hours                         47 Hours
Cost Per Hour                       $20.00
Total Amount Due                    $940.00

Home Health Care
Certified Nurse's Aide License #0145446091  Expiration 7/13/06

FIINAL BILL FOR HOME CARE  4/16/06

April 2, 2006   Main Meal Preparation for 3 Days          3 Hours

April 3, 2006   Clean Living Room and Bedroom, Change Sheets
                                                         3 Hours

April 5, 2006   Main Meal Preparation for 3 Days          3 Hours

April 6, 2006   Laundry                                   3 Hours

April 8, 2006   Main Meal Preparation for 3 Days          3 Hours

April 9, 2006   Clean Kitchen and Bathroom , Trash Removal
                                                         3 Hours

April 11, 2006  Main Meal Preparation for 3 Days          3 Hours

April 12, 2006  Clean Living Room and Bedroom, Change Sheets
                                                         3 Hours

April 14, 2006  Main Meal Preparation for 3 Days , Laundry
                                                         6 Hours

April 15, 2006  Monthly Food Shopping                     3 Hours

April 16, 2006  Clean Kitchen and Bathroom, Trash Removal
                                                         3 Hours

Total Hours                                              36 Hours
Cost Per Hour                                            $20.00
Total Amount Due                                         $ 720.00