AL UNION OF OPERATING ENGINEERS
MARINE DIVISION
VACATION, AND ANNUITY PLANS

985 Route 33 West
Monroe Township, NJ 08831
Tel: (609) 918-9430
Fax: (609) 918-9434

COPY

## CONTRIBUTION AND CHECK-OFF REPORT
## FOR NORTHERN AGREEMENT
## CONSTELLATION TUGS, INC.

Name  Constellation Tug Corp.
Address _____
Month of April 2003   Covering Period From _____ To _____

...ployer hereby acknowledges his or its agreement to the Collective Bargaining Agreement which requires the ... of the fringe benefits forward herewith. The Employer further agrees to the agreements and the Declarations ...verning the I.U.O.E. Local #25 Marine Division Employee Benefit Funds.

_Signature_    Title    Date

### Individual Employee Data

| Employee's Last Name | First Initial | Classification Code | Straight Time Hours Worked | Time and ½ Hrs. Worked | Double Time Hours Worked | Total Hours Worked | Straight Time Wages *See Note | Annuity Payment |
|---|---|---|---|---|---|---|---|---|
| 4753 Saco | F. | C | 12 | 24 | 0 | 36 | 809.28 | 136.20 |

...ht Time Wages = Total Hours Worked Including Overtime Hours, Multiplied by the Straight Time Hourly Rate.

**Payable to Medical Plan (effective 05/01/01)**
Total Hours _____  at $2.70  _____
                                Amount of Check

**Payable to Vacation Plan (effective 10/01/97)**
...traight Time Wages _____  at 7%  _____
                                Amount of Check

**Payable to Annuity Plan (effective 12/26/2002)**

| | | |
|---|---|---|
| ...ification A & B | Straight Time Hours _____ | at $3.75 _____ |
| | Time & Half Hours _____ | at $5.00 _____ |
| Classification C | Straight Time Hours _____ | at $3.15 _____ |
| | Time & Half Hours _____ | at $4.10 _____ |
| Classification D | Straight Time Hours _____ | at $2.55 _____ |
| | Time & Half Hours _____ | at $3.20 _____ |