

Patient: SACO, FRANK  MRN: 19572809(BWH)
Author: Christopher Chiodo, M.D. (Entered by: System)

Status: Final
Visit Date: 08/02/2006

Department of Orthopedic Surgery
75 Francis Street        SACO, FRANK
Boston, MA  02115           19572809
                         08/02/2006

HISTORY OF PRESENT ILLNESS: Frank returns today in followup. He feels that the foot is weak and stiff. He still reports some mild pain if he is on the foot for any prolonged period of time.

PHYSICAL EXAMINATION: He has a normal gait. Exam standing reveals satisfactory alignment. There is some mild swelling in the foot. There is approximately 5/40 degrees of motion at the ankle with no sympathetic changes. Grossly 5/5 motor.

Radiographs show what appears to be a solid fusion.

IMPRESSION AND PLAN: At this point, I suspect that frank has some deconditioning and perhaps he may benefit from some rehab with conditioning and range of motion exercises. A prescription was provided.

_____
Christopher Chiodo, M.D.

eScription document:4-8152473 BFFocus

DD: 08/02/06
DT: 08/03/06
DV: 08/02/06

1