# EXHIBIT C

Page 1

Volume III
Pages 1-64

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12551-NG

FRANK SACO,                    :
            Plaintiff,         :
                               :
vs.                            :
                               :
TUG TUCANA and                 :
TUG TUCANA CORPORATION,        :
            Defendants.        :


        CONTINUED DEPOSITION of FRANK SACO, taken
on behalf of the Defendants, pursuant to the
applicable provisions of the Massachusetts Rules
of Civil Procedure, before Barbara M. Montijo, a
Registered Professional Reporter and Notary
Public within and for the Commonwealth of
Massachusetts, at the offices of Clinton &
Muyzka, P.C., One Washington Mall, Boston,
Massachusetts, on October 30, 2006, commencing
at 2:00 p.m.


            DUNN & GOUDREAU
      COURT REPORTING SERVICE, INC.
            One State Street
            Boston, MA  02109
            (617) 742-6900

ORIGINAL

1       marked as Exhibit Number 8.  Can you take a look

2       at that for me, please?

3    A.   (Witness perusing document) I don't understand

4       the two copies of cancelled checks and bill

5       attached.  I don't know what you're talking

6       about there.  Wasn't the two -- what's this

7       from, my bills?

8              MR. KENNEALLY:  Let's go off the

9       record.

10                (OFF THE RECORD)

11   Q.   So, do you recognize this document, Mr. Saco?

12   A.   Yes.

13   Q.   Now, in Exhibit Number 8 on point number 9, can

14       you read that for me at the bottom?

15   A.   (Witness perusing document) I was attending

16       physical therapy and medical appointments.  I

17       was spending approximately $25 a week in gas and

18       insurance for my vehicle.

19   Q.   When you say you were spending $25 for gas and

20       insurance for physical therapy appointments,

21       where were you going for physical therapy?

22   A.   At that time I was going in Beverly.  At the

23       Beverly Hospital Rehab, I believe.  I went there

24       three separate times.  Three separate sets,

Page 54

1           actually, after the surgeries.

2     Q.    So, after each surgery that you had, you had to

3           go for physical therapy?

4     A.    Correct.

5     Q.    How long did you go for physical therapy each

6           time?

7     A.    I had -- we have all the dates of my

8           appointments.  Six weeks.  Two, three times a

9           week, something like that.  It was like

10          approximately -- I seem to think that it was

11          more than 18 to 20.  I thought it was more like

12          30 visits each time, but I could be wrong.

13    Q.    That's your best estimate?

14    A.    Yeah.  I have the appointments that were all

15          scheduled and I kept all the appointments.  So,

16          it's all there in the book.

17    Q.    From your home to the physical therapy location,

18          how far that?

19    A.    Approximately 10 miles.

20    Q.    So, it's 20 miles round-trip?

21    A.    Correct.

22    Q.    How often would you go there per week?

23    A.    I think it was mostly three.  I'm a little

24          confused because I was going two the last time

1      and I can't -- I'm not sure if I was going three

2      then, three one week, two another week.

3   Q.  But it's your understanding that these visits

4      to your physical therapy are all detailed in

5      your medical records; is that right?

6   A.  Yes, they are.

7   Q.  And your counsel has all those records?

8   A.  We have all that, yeah.

9   Q.  Can you explain to me how the approximate sum of

10      $25 was calculated?

11   A.  I can't explain that to you now.  At the time,

12      the way I did it, the way I figured it -- I

13      don't even know how the insurance of my vehicle

14      got in there.  Did I figure in what my cost of

15      my insurance was during that period?  I don't

16      know.

17   Q.  You don't know about that?

18   A.  I'm not sure back then how it was done.  I can't

19      remember.

20   Q.  Now, who do you have your insurance with?

21   A.  My agent's Tim Curry.  I went through Plymouth

22      Rock.  I get bills from Plymouth Rock.  I think

23      it's Eastern Insurance.

24   Q.  How much is your premium for car insurance each