# EXHIBIT D

# THE KAPLAN/BOND GROUP

*Attorneys at Law and Proctors in Admiralty*
*88 Black Falcon Avenue, Suite 301*
*Boston, Massachusetts 02205-1404*
*(617) 261-0080 FAX (617) 261-1558*

**FACSIMILE TRANSMITTAL SHEET**

DATE: November 29, 2006

TO: Terence G. Kenneally, Esq.

COMPANY: Clinton and Muzyka

FAX NO.: 617-720-3489

RE: Saco

FROM: Brian Keane, Esq.

PAGES (including this cover sheet): 11

MESSAGE: The following are the documents we discussed.

***CONFIDENTIALITY NOTICE***

*The documents accompanying this facsimile transmission contain confidential or privileged information intended for the use of the addressed individual or entity. If you are not the intended recipient, be aware that any disclosure, ...ing, distribution or use of the contents hereof is strictly prohibited, and please notify us immediately by ...e so we can arrange for the retrieval of this transmission.*

BILLST-ROLL 9/05

# GMAC

THANK YOU FOR LEASING WITH YOUR DEALER AND GMAC

PO BOX 3100
MIDLAND TX 79702-3100

FOR ASSISTANCE CALL: 800-200-4622

FRANK SACO
12A SUMMER ST APT 3
MANCHESTER MA 01944

TTD/TTY (HEARING IMPAIRED): 800-833-4622

MAKE/MODEL: 06 CHEV MONTE CARLO
VIN: 2G1WL15C669350363

PAGE 1 OF 1

**ACCOUNT NUMBER : 103-9098-64444**

STATEMENT REFLECTS
PAYMENTS RECEIVED THROUGH: 08/25/06

## ACCOUNT SUMMARY

| NEXT PAYMENT DUE | |
|---|---|
| Due Date | 09/17/06 |
| Base Payment | 453.98 |
| Sales/Use Tax | 22.70 |
| Per. Property Tax | 27.99 |
| Other Scheduled | |
| TOTAL | 504.67 |

| PAST DUE PAYMENTS REMIT IMMEDIATELY | |
|---|---|
| Due Date | Amount |
| TOTAL | |

| OTHER AMOUNTS DUE REMIT IMMEDIATELY | |
|---|---|
| Late Charge | |
| Extension Fee | |
| Summons | |
| Registration Fee | |
| Miscellaneous | |
| TOTAL | |

# REMAINING PAYMENTS: 46

SCHEDULED END DATE: 07/16/10

| TOTAL DUE: | 504.67 |
|---|---|

## MESSAGES



GMAC ACCOUNT CENTER OFFERS ON-LINE ACCESS TO GMAC AUTOMOTIVE ACCOUNTS AT NO EXTRA CHARGE. ELIGIBLE CUSTOMERS CAN REGISTER BY SIMPLY CLICKING 'REGISTER NOW' ON THE WWW.GMACFS.COM HOME PAGE.

Federal Kemper Life Assurance Company
Schaumburg, IL 60196-6801

ZURICH
LIFE

# Premium Notice

**The premium due is the current planned premium amount for this policy. Retain this portion for your records. See reverse side for important information.**

FRANK SACO
7 ADELINE RD
BEVERLY MA 01915-2107

Notice Date
05/16/03

| Policy No. | Due Date | No. of Months | Premium | Amount Due |
|---|---|---|---|---|
| FK-5069718 | 06-12-03 | 06 | 229.98 | 229.98 |

If you have questions about this notice contact us at :
**(Please do not send payments to this address.)**

Federal Kemper Life Assurance Company
1600 McConnor Parkway
Schaumburg, IL 60196-6801
(800) 321-9313

Your servicing agent is:

JOHN M BULBROOK INS AGCY INC
P O BOX 652
NWTN LWR FALLS, MA 02462

DETACH HERE

**Adelphia**


February 1, 2006

#0000826
38 BLACKBURN CTR
GLOUCESTER MA 01930-2270
8450 4600 AZ RP 01 02022006 YNNNYY

FRANK SACO
12A SUMMER ST #3
MANCHESTER MA 01944-1522

Account #: 8450 46 604 0035363

For service at: 12A SUMMER ST APT 3
MANCHESTER MA 01944-1522

1-888-683-1000
Repair open 24 hours per day
Billing: Mon-Sat 6am-8pm; Sun 8am-5pm

## Customer Information

Service rates previously announced are now in effect. Dollar for dollar Adelphia services are an unbeatable value. We are commited to providing the best in advanced technologies, entertainment and more. Our goal is complete customer satisfaction.

HBO will offer a Free Preview on Mar 17-Mar 21. It is available to all Adelphia Subscribers and may contain G, PG, PG-13, and R-Rated programs. If you do not want to see the Preview, call 1-888-683-1000.

Showtime will offer a Free Preview on Mar 31-Apr 3. It is available to all Adelphia Subscribers and may contain G, PG, PG-13, and R-Rated programs. If you do not want to see the Preview, call 1-888-683-1000.

## Account Summary *see reverse side for details*

| | |
|---|---|
| Previous Balance | $ 45.67 |
| Payment - Thank You | -45.67 |
| Monthly Service for 02/10/06 - 03/09/06 | 48.38 |
| Taxes and Fees | .17 |
| **Balance Due on Feb 21, 2006** | **$ 48.55** |

**Adelphia**



**November 1, 2005**

**Account #: 8450 46 604 0035363**

38 BLACKBURN CTR. *0000922
GLOUCESTER MA 01930-2270
8450 4600 AZ RP 01 11022005 YNNNNY

FRANK SACO
12A SUMMER ST #3
MANCHESTER MA 01944-1522

**For service at:** 12A SUMMER ST APT 3
MANCHESTER MA 01944-1522

1-888-683-1000
Repair open 24 hours per day
Billing: Mon-Sat 6am-8pm; Sun 8am-5pm

## Account Summary *see reverse side for details*

| | |
|---|---|
| Previous Balance | $ 45.67 |
| Payment - Thank You | -45.67 |
| Monthly Service for 11/10/05 - 12/09/05 | 45.50 |
| Taxes and Fees | .17 |
| **Balance Due on Nov 21, 2005** | **$ 45.67** |

**Adelphia**

page 1 of 2
October 1, 2005

Account #: 8450 46 604 0035363

38 BLACKBURN CTR.
GLOUCESTER MA 01930-2270
8450 4600 AZ RP 01 10022005 YYNYYY
#0000933

FRANK SACO
12A SUMMER ST #3
MANCHESTER MA 01944-1522

For service at: 12A SUMMER ST APT 3
MANCHESTER MA 01944-1522

1-888-683-1000
Repair open 24 hours per day
Billing: Mon-Sat 6am-8pm; Sun 8am-5pm

## Account Summary

*see reverse side for details*

| | |
|---|---|
| Previous Balance | $ 45.67 |
| Payment - Thank You | -45.67 |
| Monthly Service for 10/10/05 - 11/09/05 | 45.50 |
| Taxes and Fees | .17 |
| **Balance Due on Oct 21, 2005** | **$ 45.67** |

**Adelphia**

page 1 of 2
March 1, 2006

Account #: 8450 46 604 0035363

#0000691
38 BLACKBURN CTR. 01930-2270
GLOUCESTER MA
8450 4600 AZ RP 01 03022006 NNYYNY

For service at: 12A SUMMER ST APT 3
MANCHESTER MA 01944-1522

1-888-683-1000
Repair open 24 hours per day
Billing: Mon-Sat 6am-8pm; Sun 8am-5pm

FRANK SACO
12A SUMMER ST #3
MANCHESTER MA 01944-1522

## Customer Information

FREE MOVIES

**Adelphia On-Demand just got even better with "FREE MOVIES"**
Now you can watch up to 90 commercial free movies every month AT NO EXTRA CHARGE.

Please be advised that our records indicate your account is now past due. If payment is not promptly received in our office then a late fee will be assessed to your account. If you have already forwarded your payment, thank you and we appreciate your patronage.

## Account Summary *see reverse side for details*

| | |
|---|---|
| Previous Balance | $ 48.55 |
| Monthly Service for 03/10/06 - 04/09/06 | 48.38 |
| Taxes and Fees | .17 |
| **Balance Due Upon Receipt** | **$ 97.10** |

# Automobile Insurance Bill

**Plymouth Rock** assurance

***Date Issued: 1/7/2006***

| Policy Period | Policy Number | Payment Due Date |
|---|---|---|
| 1/1/2006 to 1/1/2007 | AMA 8887443 09 | 02/01/2006 |

***Policyholder:***

FRANK L SACO
12A SUMMER ST APT 3
MANCHESTER MA 01944-1522

***Agent: 0000327***

Eastern Insurance Group LLC
607 North Avenue, Door #16
Wakefield, MA 01880
(781) 245-3700

Please notify your agent promptly of any name, address or policy changes.

| Vehicle(s) Insured |
|---|
| 2003 GMC SIERRA K1500 |
| 2000 CHEV MALIBU |

| Description of Activity | Amount |
|---|---|
| BALANCE ON PREVIOUS BILL | $2,457.00 |
| PAYMENT(S) - THANK YOU | -$491.40 |
| New Balance | $1,965.60 |
| Minimum Amount Due | $245.70 |

Detach here and return portion below with your check in the enclosed envelope

# Automobile Insurance Bill

Plymouth Rock assurance

***Date Issued: 12/3/2005***

| Policy Period | Policy Number | Payment Due Date |
|---|---|---|
| 1/1/2006 to 1/1/2007 | AMA 8887443 09 | 01/01/2006 |

***Policyholder:***

FRANK L SACO
12A SUMMER ST APT 3
MANCHESTER MA 01944-1522

***Agent: 0000327***

Eastern Insurance Group LLC
607 North Avenue, Door #16
Wakefield, MA 01880
(781) 245-3700

Please notify your agent promptly of any name, address or policy changes.

**Vehicle(s) Insured**

2003 GMC SIERRA K1500
2000 CHEV MALIBU

| Description of Activity | Amount |
|---|---|
| EST. RENEWAL PREMIUM | $2,546.00 |
| ESTIMATED SDIP ADJUSTMENT | -$89.00 |
| FINANCE CHARGE | $0.00 |
| New Balance | $2,457.00 |
| Minimum Amount Due | $491.40 |

| Finance Charge Based On | Finance Charge | Monthly Finance Charge Rate |
|---|---|---|
| | $0.00 | 0.00 |

Detach here and return portion below with your check in the enclosed envelope

# Automobile Insurance Bill

**Plymouth Rock**

***Date Issued: 1/3/2004***

| Policy Period | Policy Number | Payment Due Date |
|---|---|---|
| 1/1/2004 to 1/1/2005 | AMA 8887443 07 | 02/01/2004 |

***Policyholder:***

FRANK L SACO
7 ADELINE RD
BEVERLY FARMS MA 01915-2107

***Agent: 0000327***

Eastern Insurance Group LLC
607 North Avenue, Door #16
Wakefield, MA 01880
(781) 245-3700

Please notify your agent promptly of any name, address or policy changes.

**Vehicle(s) Insured**

2003 GMC SIERRA K1500

| Description of Activity | Amount |
|---|---|
| BALANCE ON PREVIOUS BILL | $1,314.00 |
| PAYMENT(S) - THANK YOU | ($262.80) |
| New Balance | $1,051.20 |
| Minimum Amount Due | $131.40 |

Detach here and return portion below with your check in the enclosed envelope

Plymouth Rock assurance

## Automobile Insurance Bill

***Date Issued: 2/4/2006***

| Policy Period | Policy Number | Payment Due Date |
|---|---|---|
| 1/1/2006 to 1/1/2007 | AMA 8887443 09 | 03/01/2006 |

***Policyholder:***

FRANK L SACO
12A SUMMER ST APT 3
MANCHESTER MA 01944-1522

***Agent: 0000327***

Eastern Insurance Group LLC
607 North Avenue, Door #16
Wakefield, MA 01880
(781) 245-3700

Please notify your agent promptly of any name, address or policy changes.

| Vehicle(s) Insured |
|---|
| 2003 GMC SIERRA K1500 |
| 2000 CHEV MALIBU |

| Description of Activity | Amount |
|---|---|
| BALANCE ON PREVIOUS BILL | $1,965.60 |
| PAYMENT(S) - THANK YOU | -$245.70 |
| New Balance | $1,719.90 |
| Minimum Amount Due | $245.70 |

Detach here and return portion below with your check in the enclosed envelope