# EXHIBIT G

Page 1

Volume III
Pages 1-64

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12551-NG

FRANK SACO,                         :
          Plaintiff,                :
                                    :
vs.                                 :
                                    :
TUG TUCANA and                      :
TUG TUCANA CORPORATION,             :
          Defendants.               :


       CONTINUED DEPOSITION of FRANK SACO, taken
on behalf of the Defendants, pursuant to the
applicable provisions of the Massachusetts Rules
of Civil Procedure, before Barbara M. Montijo, a
Registered Professional Reporter and Notary
Public within and for the Commonwealth of
Massachusetts, at the offices of Clinton &
Muyzka, P.C., One Washington Mall, Boston,
Massachusetts, on October 30, 2006, commencing
at 2:00 p.m.


DUNN & GOUDREAU
COURT REPORTING SERVICE, INC.
One State Street
Boston, MA  02109
(617) 742-6900

ORIGINAL

```
 1    catering job and she might have me do some
 2    cooking for her at home.  I have a friend that
 3    paints a little.  If he's got something I can do
 4    on my own time, he'll say I've got a bunch of
 5    shutters, take your time, sit down, do whatever
 6    you want, paint them.  It's a few hours a
 7    month.  It's just been the last four months,
 8    since May.  About five, six months.  It's not
 9    something I count on.  I haven't done it in the
10    last four to five weeks with him now.
11 Q. When you say the last four or five months,
12    that's just for the painting?
13 A. Yeah.
14 Q. What about the catering jobs?
15 A. The same thing.  It's not a catering job.  I've
16    done two jobs in the last six months with her,
17    all right.  So, I earned a couple of couple of
18    hundred bucks.
19 Q. Does she have her own business?
20 A. No.  She used to have her own business.  Now,
21    she cooks for these wealthy families and people
22    will call her and ask her to do a function on
23    occasion.
24 Q. Did you have any work before May of 2006?
```

Page 14

1  A.  Yeah, somebody -- a friend of mine had a job
2      with him, recommended me. He said he needed
3      someone. I called him. He called me in for an
4      appointment, interview. I filled out an app and
5      I haven't heard anything from him in over two
6      months, two-and-a-half months. I called him
7      like three or four times, left messages. He
8      called me once, maybe twice. He hasn't called
9      me in the last ten weeks.
10 Q.  Is that the only other job you've sought out?
11 A.  It's the only one I thought I'd be able to do.
12     It was 11 at night to 7 in the morning
13     sitting in my car. I think it was like three
14     shifts a week.
15 Q.  I think in your first deposition, way back
16     when, in April of '04, you talked about how you
17     used to drive a cab?
18 A.  Yeah, in 1957. When I first got married. '59.
19 Q.  But you can't drive a cab now?
20 A.  I could. Sure, I could. If you can find me a
21     job. As far as lugging groceries and stuff, you
22     know...
23 Q.  Have you tried to find another job other than
24     with Minuteman Security?

```
 1  A.   I've been looking.
 2  Q.   Where have you been looking?  What type of jobs?
 3  A.   Oh, just in the newspapers.  Anything that I
 4       thought I could do.  Anything that I thought
 5       would fit.  You know, when you're 66, there's
 6       really not too many things available to you.
 7       I'm not college educated.  I'm a fisherman.
 8  Q.   Have you ever sought out a job as a barber?
 9  A.   I'd need to go back to school.  I looked into
10       that.
11  Q.   What did you discover through that
12       investigation?
13  A.   I needed to go back to school and get my license
14       reinstated.  And I don't -- I'd have to do it on
15       a very limited basis.  Because I do it at home
16       with my friends and my grandchildren now.
17       Obviously, I don't charge them, you know, one or
18       two haircuts here and there.
19  Q.   Does your friend's painting company have a
20       name?
21  A.   Cross, C-R-O-S-S.
22  Q.   What's your friend's name?
23  A.   George Cross.
24  Q.   Is he out of Manchester?
```

Page 16

1  A.  No, he lives in Danvers.
2  Q.  When was the last time you worked for George
3      Cross?
4  A.  Today's Monday.  I think four weeks ago today.
5      I worked one day that week, yeah.
6  Q.  Is that when you painted the shutters?
7  A.  No, I didn't do shutters.  I was -- let me
8      think.  I was doing -- I'm almost positive I was
9      doing balusters on a porch.
10 Q.  Have you had any work since --
11 A.  No.
12 Q.  -- working for him?
13 A.  No.
14 Q.  And just for the sake of completion.  What's
15     your girlfriend's name?
16 A.  She's not really my girlfriend.  She's a very
17     close friend.  Jane Pearson, P-E-A-R-S-O-N.
18 Q.  What's Ms. Pearson's company's name?
19 A.  It's -- well, she used to be Creative Catering.
20     Now, she doesn't have a company.  She works for
21     other people on the side if somebody calls her
22     to do a job.
23 Q.  Is she retired now?
24 A.  No, she works.  She's self-employed.  She works

| | | |
|---|---|---|
| 1 | | for -- she prepares meals for some wealthy |
| 2 | | people. |
| 3 | Q. | So, she's a freelance type of person? |
| 4 | A. | Yes. |
| 5 | Q. | When's the last time you worked with |
| 6 | | Ms. Pearson? |
| 7 | A. | Six to eight weeks ago. |
| 8 | Q. | She's also in Manchester? |
| 9 | A. | Yes. |
| 10 | Q. | Now, also on the papers that were submitted to |
| 11 | | the court, you mentioned, or your counsel or |
| 12 | | yourself submitted that you averaged $100 a week |
| 13 | | for food; is that correct? |
| 14 | A. | Pretty much, yeah. |
| 15 | Q. | Is this food for yourself, or do you share it |
| 16 | | with your mom? |
| 17 | A. | Well, if it's there and my mother wants it, I'm |
| 18 | | not going to deny it to her. |
| 19 | Q. | Fair enough. |
| 20 | A. | Or anybody else that comes in the house. |
| 21 | Q. | And again, how did you come up with the $100 |
| 22 | | average? |
| 23 | A. | I just tried to figure what I spend.  30 here, |
| 24 | | 40 there. |