# EXHIBIT I

Page 1

Volume III
Pages 1-64

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12551-NG

FRANK SACO,                          :
       Plaintiff,            :
                                     :
vs.                                  :
                                     :
TUG TUCANA and                       :
TUG TUCANA CORPORATION,              :
       Defendants.           :

    CONTINUED DEPOSITION of FRANK SACO, taken on behalf of the Defendants, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Barbara M. Montijo, a Registered Professional Reporter and Notary Public within and for the Commonwealth of Massachusetts, at the offices of Clinton & Muyzka, P.C., One Washington Mall, Boston, Massachusetts, on October 30, 2006, commencing at 2:00 p.m.

DUNN & GOUDREAU
COURT REPORTING SERVICE, INC.
One State Street
Boston, MA 02109
(617) 742-6900

ORIGINAL

DUNN & GOUDREAU

Page 44

1  price?
2  A.  Quite a ways.
3  Q.  Now, we talked in your earlier deposition about
4      the permits that you had, you said that you had
5      a federal permit and a state permit; is that
6      correct?
7  A.  The federal permit I sold.
8  Q.  Did you sell the state permit?
9  A.  I sold the state permit two months ago.
10 Q.  Who did you sell the state permit to?
11 A.  Daniel Lane.
12 Q.  Where does Mr. Lane live?
13 A.  Essex.
14 Q.  What was the selling price of the permit?
15 A.  6,500. I'm sorry, 12,5. 12,500. I was
16     thinking of his balance.
17 Q.  So, there's an arrangement with Mr. Lane as
18     well?
19 A.  Yes.
20 Q.  What's the arrangement with Mr. Lane?
21 A.  6,000 down, 300 a month for the balance.
22 Q.  Is there a written agreement with Mr. Lane?
23 A.  Between him and I.
24 Q.  Mr. Saco, I want to ask you about -- go back a

Page 45

```
 1      little to your time on the TUG TUCANA.  Do you
 2      recall receiving payment of regular wages for
 3      your time on board the vessel?
 4  A.  Yes, I did.
 5  Q.  Do you remember how much that was, sir?
 6  A.  You know what, I could guess.  8, $900.  That's
 7      close.
 8  Q.  And that covered the three days you were on
 9      board?
10  A.  The hours that I was there.
11  Q.  In your earlier depositions you talked a little
12      bit about your tax returns.  And if I recall
13      correctly, you did not file taxes in 2003 and
14      '4; is that your recollection?
15  A.  Correct.  Since my accountant informed me when I
16      turned 62, from 62 to age 65, if I didn't net
17      over 17,000, then I wouldn't have to file.  And
18      after age 65, it made no difference how much I
19      made.  I hope he was correct on that information
20      he gave me.
21  Q.  Do you have any reason to think that he's not
22      correct?
23  A.  No, he's smarter than I am.
24  Q.  So, is it accurate to say that you haven't filed
```