

Patient: SACO,FRANK  MRN: 19572809(BWH)  
Author: Christopher Chiodo, M.D.

Status: Imported  
Visit Date: 08/02/2006

Department of Orthopedic Surgery  
75 Francis Street          SACO, FRANK  
Boston, MA  02115              19572809  
---------------                08/02/2006

HISTORY OF PRESENT ILLNESS: Frank returns today in followup. He feels that the foot is weak and stiff. He still reports some mild pain if he is on the foot for any prolonged period of time.

PHYSICAL EXAMINATION: He has a normal gait. Exam standing reveals satisfactory alignment. There is some mild swelling in the foot. There is approximately 5/40 degrees of motion at the ankle with no sympathetic changes. Grossly 5/5 motor.

Radiographs show what appears to be a solid fusion.

IMPRESSION AND PLAN: At this point, I suspect that frank has some deconditioning and perhaps he may benefit from some rehab with conditioning and range of motion exercises. A prescription was provided.

_____  
Christopher Chiodo, M.D.

eScription document:4-8152473 BFFocus

DD: 08/02/06  
DT: 08/03/06  
DV: 08/02/06



1

D.E.A. NO.                                                                                      (617) 983-7202
CHRISTOPHER P. CHIODO, M.D.
BRIGHAM FOOT AND ANKLE CENTER   fax: 617
1153 CENTRE STREET
JAMAICA PLAIN, MASSACHUSETTS 02130

NAME  SACO, FRANK                        DATE  8/2/06
ADDRESS

℞  Dx: Ⓡ Foot Weakness
        + Deconditioning
    Rx: Ⓡ Foot Conditioning +
        Ankle          AAROM
                       Exercises
                                                    M.D.

DO NOT USE
SAFETY LOCK CONTAINER

REFILL   NR   TIMES

INTERCHANGE IS MANDATED UNLESS THE PRACTITIONER
WRITES THE WORDS "NO SUBSTITUTION" IN THIS SPACE.