```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

FRANK SACO,
    Plaintiff,

    v.                                                                   CIVIL ACTION NO.
                                                                  03-12551-MBB

TUG TUCANA CORPORATION,
    Defendant.

## FINAL JUDGMENT

**May 15, 2007**

**BOWLER, U.S.M.J.**

    With the issues having been duly tried, the jury rendered its verdict and a decision having been duly rendered by this court,

    It is **ORDERED** and **ADJUDGED** that plaintiff Frank Saco recover of defendant Tug Tucana Corporation the sum of $12,536.90.

                                          /s/ Marianne B. Bowler
                                          **MARIANNE B. BOWLER**
                                          United States Magistrate Judge