UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12551-MBB

**FRANK SACO,**
   **Plaintiff,**

VS.

**TUG TUCANA and**
**TUG TUCANA CORPORATION,**
   **Defendants.**

## SATISFACTION OF FINAL JUDGMENT

Whereas on May 15, 2007, Final Judgment was entered for the plaintiff, Frank Saco, against the defendant, Tug Tucana Corporation, in the total amount of $12,536.90; and

Whereas, said Final Judgment has been fully paid to the plaintiff, Frank Saco; and

Whereas, no executions have issued by the Court or been requested by plaintiff, Frank Saco.

WHEREFORE, satisfaction of the said Final Judgment is hereby acknowledged and the Clerk of the Court is hereby authorized to cancel and discharge the same.

Respectfully submitted,

**PLAINTIFF**

"/s/David B. Kaplan"
**David B. Kaplan**
**BBO NO. 258540**
88 Black Falcon Avenue
Suite 301
Boston, MA 02210
(617) 261-0080

**DEFENDANT**

**CLINTON & MUZYKA, P.C.**

"/s/Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO. 365540**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  June 27, 2007